1  Tod F. Schleier, Esq. (AZ Bar No. 004612)
   tod@schleierlaw.com
2  Bradley H. Schleier, Esq. (AZ Bar No. 011696)
   brad@schleierlaw.com
3  **SCHLEIER LAW OFFICES, P.C.**
   3101 N. Central Avenue, Suite 1090
4  Phoenix, Arizona 85012
   Telephone: (602) 277-0157
5  Facsimile:  (602) 230-9250

6
   David K. Colapinto, Esq. (DC Bar  No. 4166390) *(admitted pro hac vice)*
7  dc@kkc.com
   **KOHN, KOHN & COLAPINTO, LLP**
8  3233 P Street, N.W.
   Washington, DC 20007
9  Telephone: (202) 342-6980
   Facsimile:  (202)  342-6984
10

11 Attorneys for Plaintiff Ronald D. Irwin

12 Mark A. Nadeau, Esq. (AZ Bar No. 011280)
   mark.nadeau@dlapiper.com
13 Laura M. Kam, Esq. (AZ Bar No. 025918)
   laura.kam@dlapiper.com
14 Camilla J. Butler, Esq. (AZ Bar No. 024671)
   camilla.butler@dlapiper.com
15 **DLA PIPER LLP (US)**
   2525 East Camelback Road, Suite 1000
16 Phoenix, Arizona  85016
   Telephone: (480) 606-5100
17 Facsimile:  (480) 606-5101

18 Attorneys for Defendant Grand Canyon University

19                     IN THE UNITED STATES DISTRICT COURT

20                                DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* RONALD D. IRWIN, <br><br>  Plaintiff, <br> vs. <br><br> SIGNIFICANT EDUCATION, INC., aka GRAND CANYON EDUCATION, INC., a Delaware corporation doing business as GRAND CANYON UNIVERSITY, <br><br>  Defendant. | Case No.: CV07-1771-PHX-DGC <br><br> **JOINT REPORT ON SETTLEMENT TALKS** <br><br> Before: Honorable David G. Campbell |

The parties, by and through counsel, hereby submit the following Joint Report on Settlement Talks pursuant to the Court's March 19, 2009 Case Management Order, and the Joint Report to the Court, filed May 14, 2009.

On May 20, 2009, Tod F. Schleier, counsel for Plaintiff/Relator, and Mark A. Nadeau, Laura M. Kam, and Camilla J. Butler, counsel for Defendant, participated in a good faith settlement conference held at the offices of DLA Piper LLP (US), 2525 E. Camelback Road, Suite 1000, Phoenix, AZ 85016. David K. Colapinto, pro hac vice counsel for Plaintiff/Relator, participated in the settlement conference by telephone. Both parties can report that the settlement conference was productive, but the litigation has not settled. The parties are continuing to discuss settlement and mediation options. The parties do not believe that assistance from the Court is needed at this time in settlement of the case. The parties will promptly notify the Court if, and when, a settlement is reached.

Dated this 22nd day of May, 2009.

**SCHLEIER LAW OFFICES, P.C.**

*/s/ Tod F. Schleier* (by permission – LMK)
*Attorneys for Plaintiff/Relator*

**DLA PIPER LLP (US)**

*/s/ Laura M. Kam*
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2009, I electronically transmitted the attached document entitled Joint Report on Settlement Talks to the Clerk's Office using the CM/ECF system for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

Tod F. Schleier, Esq.
tod@schleierlaw.com
Bradley H. Schleier, Esq.
brad@schleierlaw.com
Schleier Law Offices, PC
3101 N. Central Ave., Suite 1090
Phoenix, AZ 85012

*Attorneys for Plaintiff*

David K. Colapinto, Esq. *(pro hac vice)*
dc@kkc.com
Kohn Kohn & Colapinto, LLP
3233 P Street, NW
Washington, DC 20007

*Attorney for Plaintiff*

Lon R Leavitt, Esq.
Lon.R.Leavitt@usdoj.gov
United States Attorney's Office
2 Renaissance Square
40 N Central Avenue, Suite 1200
Phoenix, AZ 85004

*/s/Brooke Campbell*